|   |   |
|---|---|
| 1 | WRIGHT, FINLAY & ZAK, LLP |
|   | Robin Prema Wright, Esq. |
| 2 | Nevada Bar No. 009296 |
|   | 4665 MacArthur Court, Suite 280 |
| 3 | Newport Beach, CA 92660 |
|   | (949) 477-5050; Fax: (949) 477-9200 |
| 4 |   |
| 5 | WRIGHT, FINLAY & ZAK, LLP |
|   | Donna M. Osborn, Esq. |
| 6 | Nevada Bar No. 006527 |
| 7 | 5532 South Fort Apache Road, Suite 110 |
|   | Las Vegas, NV 89148 |
| 8 | (702) 475-7964; Fax: (702) 946-1345 |
|   | dosborn@wrightlegal.net |
| 9 | *Attorneys for Defendants,* |
| 10 | *National Default Servicing Corporation, Select Portfolio Servicing, Inc. fka* |
|   | *Fairbanks Capital Corporation, DLJ Mortgage Capital, Inc. and* |
| 11 | *Mortgage Electronic Registration Systems, Inc.* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| S. BURKE SMITH | Case No.: 3:10-cv-00553 |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL OF CASE AND RELEASE OF LIS PENDENS** |
| HOME123 CORPORATION, a California Corporation, FIRST AMERICAN TITLE INSURANCE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; NEW CENTURY MORTGAGE CORPORATION, NATIONAL DEFAULT SERVICING CORPORATION, NATIONAL CITY MORTGAGE; SELECT PORTFOLIO SERVICING, INC. fka FAIRBANKS CAPITAL CORPORATION; DLJ MORTGAGE CAPITAL, INC., LPS TITLE COMPANY-NEVADA; WESTERN NEVADA TITLE COMPANY; RHONDA L. JOHNSON, individually; and DOES 1-25 CORPORATIONS, DOES and ROES 1-25 individuals, Partnerships, or anyone claiming any interest to the property described in the action. | |
| Defendants. | |

1  The parties hereby having reached an agreement and for good cause appearing;

2  WHEREAS, on April 26, 2011, Plaintiff, S. BURKE SMITH, filed for bankruptcy relief under title 11 of the United States Bankruptcy Code, Chapter 7 as case no BK-N-11-51388-btb. Jeri Coppa-Knudson was appointed as S. Burke Smith's chapter 7 trustee. Pursuant 11 U.S.C. § 541, this claim and cause of action became property of the Smith Bankrutpcy Estate and Jeri Coppa-Knudson became the real party in interest in place of S. Burk Smith in this matter.

WHEREAS, the parties entered into an Agreement and filed a Motion to Approve the settlement with the bankruptcy court. On September 6, 2011 the Bankruptcy Court entered an Order approving the terms of the settlement between the parties.

Pursuant to the terms of the settlement, the parties agree and stipulate as follows:

IT IS HEREBY STIPULATED between The Bankruptcy Estate of Plaintiff, B. Burke Smith, by and through his Chapter 7 Bankruptcy Trustee, Jeri Coppa-Knudson and Defendants National Default Servicing Corporation, Select Portfolio Servicing, Inc. fka Fairbanks Capital Corporation, DLJ Mortgage Capital, Inc. and Mortgage Electronic Registration Systems, Inc., hereinafter collectively referred to as ("Defendants"), by and through their counsel of record, Donna M. Osborn, Esq. of WRIGHT, FINLAY & ZAK, LLP, that the case shall be dismissed as to all Defendants with prejudice.

IT IS FURTHER STIPULATED that the Lis Pendens recorded on July 9, 2010 as Document Number 415248 with the Churchill County Recorder's office should be expunged concerning the real property commonly known as 1269 Goldeneye, Fallon, Nevada 89406, more particularly described as follows:

> APN: 001 722 17
> LOT 7 AS SHOWN ON THE MAP OF MALLARD ESTATES SUBDIVISION UNIT NO. 2, RECORDED JULY 28, 1999 UNDER DOCUMENT NO. 323707, OFFICIAL RECORDS, CHURCHILL COUNTY, NEVADA.

IT IS FURTHER STIPULATED between the parties that each side shall bear their own fees and costs.

| Submitted by: | Approved by |
|---|---|
| WRIGHT FINLAY & ZAK, LLP | Chapter 7 Trustee of S. Burke Smith Bankruptcy Estate |
| /s/ Donna M. Osborn | /s/ Jeri Coppa-Knudson |
| Donna M. Osborn, Esq.<br>Nevada Bar No. 006527<br>5532 South Fort Apache Road, Suite 110<br>Las Vegas, NV 89148<br>*Attorneys for Defendants,*<br>*National Default Servicing Corporation,*<br>*Select Portfolio Servicing, Inc. fka*<br>*Fairbanks Capital Corporation, DLJ Mortgage*<br>*Capital, Inc. and Mortgage Electronic Registration Systems, Inc.* | Jeri Coppa-Knudson<br>3495 Lakeside Drive<br>PMB #62<br>Reno, NV 89509-4841<br>*Chapter 7 Trustee of the S. Burke Smith*<br>*Bankruptcy Estate, Plaintiff* |

## ORDER

PURSUANT to the Stipulation above and for good cause appearing:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Complaint is hereby dismissed with prejudice as to Defendants, National Default Servicing Corporation, Select Portfolio Servicing, Inc. fka Fairbanks Capital Corporation, DLJ Mortgage Capital, Inc. and Mortgage Electronic Registration Systems, Inc. and all other Defendants.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Lis Pendens recorded on July 9, 2010 as Document Number 415248 with the Churchill County Recorder's office is hereby cancelled and expunged concerning the real property commonly known as 1269 Goldeneye, Fallon, Nevada 89406, more particularly described as follows:

APN: 001 722 17
LOT 7 AS SHOWN ON THE MAP OF MALLARD ESTATES SUBDIVISION UNIT NO. 2, RECORDED JULY 28, 1999 UNDER DOCUMENT NO. 323707, OFFICIAL RECORDS, CHURCHILL COUNTY, NEVADA.

and hereby has no further force or effect from this day forward.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that pursuant to N.R.S. 14.015(5), that any party may record a copy of this order (or appropriate notice) cancelling the Lis Pendens with the Churchill County Recorder's Office.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that each side is to bear their own fees and costs.

IT IS FURTHER ORDERED ADJUDGED AND DECREED that this case is hereby closed.

**IT IS SO ORDERED.**

Dated: October 27, 2011

US DISTRICT COURT JUDGE

RESPECTFULLY SUBMITTED BY:

WRIGHT, FINLAY & ZAK, LLP

Donna M. Osborn, Esq.
Nevada Bar No. 006527
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
*Attorneys for Defendants,*
*National Default Servicing Corporation,*
*Select Portfolio Servicing, Inc, fka Fairbanks*
*Capital Corporation, DLJ Mortgage Capital, Inc*
*and Mortgage Electronic Registration Systems, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___ day of October, 2011, and pursuant to F.R.C.P. Rule 5(b), I served via CM/ECF a true and correct copy of the foregoing **STIPULATION AND ORDER OF DISMISSAL AND RELEASE OF LIS PENDENS** to all parties and counsel as identified on the Court-generated Notice of Electronic Filing to:

Jeri Coppa-Knudson
3495 Lakeshore Drive
PMB #62
Reno Nevada 89509-4841
Chapter 7 Trustee of the
S. Burke Smith Bankruptcy Estate

　　　　　　/s/ Erica Baker
An Employee of WRIGHT, FINLAY & ZAK, LLP